**Robert LEVASSEUR**

v.

**DEPARTMENT OF EMPLOYMENT SECURITY, BOARD OF REVIEW.**

**No. 84–80–M.P.**

Supreme Court of Rhode Island.

April 19, 1984.

Michael Bashaw, Providence, for petitioner.

Pat Nero (Dept. of Employment Security), Cranston, for respondent.

## ORDER

The petition for writ of certiorari is denied.